# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00018-CV

**Maria Hernandez, Appellant**

**v.**

**Antonio Hernandez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-FM-14-001709, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due on May 19, 2017. On June 21, the Court notified appellant that her brief was overdue and that a failure to file a proper motion for extension of time by July 3, 2017, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution.

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Dismissed for Want of Prosecution

Filed: July 28, 2017